IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NAVRAJ SINGH, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 3:26-CV-3461-G-BW |
| | § | |
| DAVID J. VENTURELLA, Acting | § | |
| Director, U.S. Immigration and Customs | § | |
| Enforcement, et al., | § | |
| Respondents. | § | Referred to U.S. Magistrate Judge[1] |

## ORDER ON LOCAL COUNSEL

On October 2, 2026, Attorney Diana Rubin filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on behalf of Petitioner Navraj Singh. (*See* Dkt. No. 1.) Rubin lists an office address in Port Washington, New York. Northern District of Texas Local Civil Rule 83.10(a) requires the appearance of local counsel in any case in which "an attorney appearing in a case does not reside or maintain the attorney's principal office in" the Northern District of Texas—even where an attorney resides or maintains the attorney's principal office outside of this district but within 50 miles of the courthouse in the division in which the case is pending.

"Local counsel" means an attorney who (1) is a member of the bar of (that is, admitted to practice in) the Northern District of Texas, (2) resides or maintains the attorney's principal office in the Northern District of Texas, and (3) has a residence

[1] This habeas action has been automatically referred to the undersigned magistrate judge for case management by Special Order 3-251. (*See* Dkt. No. 2.)

or principal office that is located within 50 miles of the courthouse in the division in which the case is pending. Attorneys who are subject to N.D. Tex. L. Civ. R. 83.10(a) and wish to proceed without local counsel must obtain leave of court by filing a motion for leave to proceed without local counsel.

Petitioner must, **no later than October 27, 2026**, file one of the following: (1) a response to this order demonstrating why counsel is not subject to or is exempt from Local Civil Rule 83.10(a)'s requirements or pointing out how and when local counsel has previously been designated; (2) a motion to proceed without local counsel under Local Civil Rule 83.10(a); or (3) a designation of, and an entry of appearance by, local counsel satisfying Local Civil Rule 83.10(a).

**SO ORDERED** on October 5, 2026.

BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE